PORTER, Plaintiff in error, v. STATE, Defendant in error.

*Nos. State 174–177. Submitted June 7, 1973.—Decided June 29, 1973.*
(Also reported in 208 N. W. 2d 450.)

For the plaintiff in error the cause was submitted on the brief of *Howard B. Eisenberg,* state public defender.

For the defendant in error the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *Robert D. Martinson,* assistant attorney general.

PER CURIAM. The issues raised in this case are identical to certain issues in *Jones v. State,* ante, p. 184, 207 N. W. 2d 890, decided June 5, 1973. Therefore our decision there controls the disposition of this case.

We conclude, the record clearly shows the defendant's pleas of guilty were voluntarily and understandingly entered.

The judgments and order are affirmed.